# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:20-cv-00310-RJC

| | |
|---|---|
| **RITA LEE STOKELL,** ) | |
| **Plaintiff,** ) | |
| v. ) | **CONSENT ORDER** |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| **Defendant.** ) | |

**THIS MATTER** comes before the Court for entry of a Consent Order agreed to by the parties, (DE 16); and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $6,400.00, in full and final settlement of all claims arising under the Equal Access to Justice Act ("EAJA"). *See* 28 U.S.C. § 2412(d). Therefore, based upon the consent of the Parties, and good cause having been shown, the Consent Order is **GRANTED**.

**IT IS, THEREFORE, ORDERED** that the Commissioner of Social Security pay to Plaintiff the sum of $6,400.00 in attorney fees, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, this case is dismissed with prejudice. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made directly to Plaintiff's counsel in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address.

**SO ORDERED.**

Signed: December 30, 2021

*[signature]*

Robert J. Conrad, Jr.
United States District Judge